# United States Bankruptcy Court
## Northern District Of Illinois
## Western Division

Page 1

| In RE: | ERIK J POLLNOW | ALYSSA M KEHL | Case Number | 4/29/2020 |
|---|---|---|---|---|
| | 25270 SHANNON LANE | | **19-82028 TML** | |
| | SYCAMORE IL 60178 | | SS #: xxx-xx-6058   xxx-xx-4434 | |

### TRUSTEE'S NOTICE OF CLAIMS FILED

NOTICE IS HEREBY GIVEN of claims filed and not filed by the creditors listed below. The above referenced case has just passed the 90 day bar date (deadline for filing claims) provided by Rule 3002(c). "NOT FILED" is shown in claim classification column if the creditor has not filed a claim. Pursuant to Rule 3004 the debtor may file claims on behalf of the creditors below who have not yet filed claims.
Please note that Bankruptcy Code Section 502(b)(9) and Bankruptcy Rule 3002(c)(1), may allow additional time for a governmental unit to file a proof of claim.

| | Creditor | Address | Date Filed | Amount Filed | Amt To Pay | Int Rate | Class | % to be Paid |
|---|---|---|---|---|---|---|---|---|
| 000-0 | CUTLER & ASSOCIATES, LTD<br>4131 MAIN STREET | ATTORNEY DAVID CUTLER<br>SKOKIE,IL 60076- | 11/21/2019 | 4,000.00 | 4,000.00 | 0.00 | Legal | 100.00 |
| 001-0 | ALLY BANK<br>PO BOX 78367 | PAYMENT PROCESSING CENTER<br>PHOENIX,AZ 85062-8367 | 10/31/2019 | 27,989.28 | 0.00 | 0.00 | Direct | |
| 002-0 | NATIONSTAR MORTGAGE LLC d/b/a<br>PO BOX 619094 | BANKRUPTCY DEPARTMENT<br>DALLAS,TX 75261-9741 | 11/01/2019 | 94.75 | 94.75 | 0.00 | Secured | 100.00 |
| 003-0 | INTERNAL REVENUE SERVICE | PO BOX 7317<br>PHILADELPHIA,PA 19101-7317 | 09/06/2019 | 10,984.66 | 10,081.77 | 0.00 | Priority | 100.00 |
| 003-1 | INTERNAL REVENUE SERVICE | PO BOX 7317<br>PHILADELPHIA,PA 19101-7317 | 09/06/2019 | 0.00 | 90.29 | 0.00 | Unsecured | as funds available |
| 004-0 | CAPITAL ONE BANK USA NA<br>PO BOX 71083 | BY AMERICAN INFOSOURCE LP<br>CHARLOTTE,NC 28272-1083 | 09/10/2019 | 5,060.28 | 506.03 | 0.00 | Unsecured | as funds available |
| 005-0 | JPMORGAN CHASE BANK NA | PO BOX 15368<br>WILMINGTON,DE 19850- | 09/24/2019 | 8,040.40 | 804.04 | 0.00 | Unsecured | as funds available |
| 006-0 | JPMORGAN CHASE BANK NA | PO BOX 15368<br>WILMINGTON,DE 19850- | 09/20/2019 | 7,005.81 | 700.58 | 0.00 | Unsecured | as funds available |
| 007-0 | PORTFOLIO RECOVERY ASSOCIATES | PO BOX 12914<br>NORFOLK,VA 23541- | 10/21/2019 | 939.13 | 93.91 | 0.00 | Unsecured | as funds available |
| 009-0 | CAPITAL ONE NA<br>PO BOX 3001 | BECKET AND LEE LLP<br>MALVERN,PA 19355-0701 | 10/21/2019 | 781.26 | 78.13 | 0.00 | Unsecured | as funds available |
| 011-0 | US BANK NATIONAL ASSOCIATION<br>PO BOX 5227 | dba ELAN FINANCIAL SERVICES<br>CINCINNATI,OH 45201- | 09/13/2019 | 6,064.70 | 606.47 | 0.00 | Unsecured | as funds available |
| 012-0 | U.S. BANK NATIONAL ASSOCIATION<br>PO BOX 5227 | ELAN FINANCIAL SERVICES<br>CINCINNATI,OH 45201-5227 | 09/25/2019 | 933.92 | 93.39 | 0.00 | Unsecured | as funds available |

# United States Bankruptcy Court
## Northern District Of Illinois
## Western Division

Page 2

| In RE: | ERIK J POLLNOW<br>25270 SHANNON LANE<br><br>SYCAMORE IL 60178 | ALYSSA M KEHL | Case Number<br><br>**19-82028 TML**<br><br>SS #:  xxx-xx-6058  xxx-xx-4434 | 4/29/2020 |

**TRUSTEE'S NOTICE OF CLAIMS FILED**

NOTICE IS HEREBY GIVEN of claims filed and not filed by the creditors listed below. The above referenced case has just passed the 90 day bar date (deadline for filing claims) provided by Rule 3002(c). "NOT FILED" is shown in claim classification column if the creditor has not filed a claim. Pursuant to Rule 3004 the debtor may file claims on behalf of the creditors below who have not yet filed claims.
Please note that Bankruptcy Code Section 502(b)(9) and Bankruptcy Rule 3002(c)(1), may allow additional time for a governmental unit to file a proof of claim.

| Creditor | Address | Date Filed | Amount Filed | Amt To Pay | Int Rate | Class | % to be Paid |
|---|---|---|---|---|---|---|---|

This notice is provided solely to inform Debtor(s) and Counsel of the filing status of claims at the bar date.
IT IS THE REPONSIBILITY OF DEBTOR(S) and COUNSEL TO TAKE APPROPRIATE LEGAL ACTION.

A true and correct copy of this Trustee's Notice of Claims Filed and Not Filed shall
be retained in the Trustee's file in this case.

/s/ Lydia S. Meyer
---------------------------------------
Standing Bankruptcy Trustee

This is to certify that a copy of this notice has been mailed to the debtor and a copy was served on the Debtor(s)' attorney via electronic notification which occurs automatically upon the filing of said Notice.

Dated at Rockford, IL on  APR 3 0 2020                By _____